PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:02CR00037-01** |
| ) | |
| **David BALDWIN** ) | |
| ) | |

On January 10, 1992, the above-named was sentenced in the Western District of Washington to 120 months custody of the Bureau of Prisons with 8 years supervised release to follow, which commenced on January 21, 2000.  David Baldwin has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:      November 15, 2006
            Modesto, California
            CKH:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER
                     Supervising United States Probation Officer**

**Re:   David BALDWIN
      Docket Number:   2:02CR00037-01
      ORDER TERMINATING SUPERVISED RELEASE
      <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that David Baldwin be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| _11/15/2006_ | _/s/ David F. Levi_ |
| **Date** | **DAVID F. LEVI** |
| | **Chief United States District Judge** |

CKH:lr
Attachment:   Recommendation
cc:   United States Attorney's Office